# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD JOHNSON,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendants.

No. 2:18-CV-1724-MCE-DMC

ORDER

Plaintiff, who is proceeding pro se, has initiated this action with a notice of constitutional challenge to state laws and request for certification to the California Attorney General (Doc. 1). Under Federal Rule of Civil Procedure 5.1(a), a party must file a notice of constitutional question when the party "filed a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute. . . ." Here, plaintiff has filed the notice required by Rule 5.1(a) but has not filed any operative pleading. Plaintiff shall file a complaint consistent with Federal Rule of Civil Procedure 8 within 30 days of the date of this

/ / /

/ / /

/ / /

/ / /

/ / /

1

order and is cautioned that failure to do so may result in dismissal of the action.  <u>See</u> Local Rule 110.

IT IS SO ORDERED:


Dated:  February 11, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE